**Form osoch13**

# United States Bankruptcy Court

Southern District of Alabama

Case No. **13–00240**

Chapter 7

In re:

Donna Fuller Little
aka Donna K. Fuller, aka Donna Little
PO Box 266
Pinson, AL 35126

Social Security No.:
xxx–xx–6466

## ORDER SUSTAINING OBJECTION TO CLAIM IN CHAPTER 7 CASE

This matter is before the Court upon the objection by debtor(s) or Chapter 7 trustee to ECF claim number 4 filed by creditor Nationstar Mortgage, Llc.

Either the creditor did not file a written response to the objection within the time permitted or the parties have agreed to the claim's treatment. Upon consideration, it appears to the Court that the objection should be sustained.

It is thus ORDERED that the objection is sustained and the claim is disallowed completely.

Dated: 3/25/16

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE